```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

EDWARD W. KOPCYK,

              Plaintiff,

v.                                   Case No.  8:11-cv-1024-T-33AEP

MICHAEL J. ASTRUE, Commissioner
of Social Security,

              Defendant.
_____/
```

## ORDER

This matter comes before the Court pursuant to the Commissioner's Unopposed Motion to Remand (Doc. # 10), which was filed on July 26, 2011. For the reasons that follow, the Court grants the Motion.

## Discussion

Kopcyk initiated this action against the Commissioner contesting the denial of Social Security benefits on May 9, 2011. (Doc. # 1). Prior to briefing on the substantive issues regarding the Commissioner's denial of benefits, the Commissioner filed the present Motion explaining that "significant portions of the November 24, 2009, administrative hearing tape are inaudible. As a result of the inaudible recordings, Plaintiff is entitled to a de novo hearing and a new decision." (Doc. # 10 at 2).

The parties agree that this case should be remanded for

further administrative action pursuant to sentence six of 42 U.S.C. § 405(g).  This Court has the power to remand in light of additional evidence without making any substantive ruling as to the correctness of the Commissioner's decision.  See <u>Shalala v. Schaefer</u>, 509 U.S. 292, 297 (1993).  Upon due consideration, the Court grants the unopposed motion and remands this case for further administrative proceedings.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Commissioner's Unopposed Motion to Remand (Doc. # 10) is **GRANTED.**

(2) This case is **REMANDED** pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings.

(3) The Clerk is directed to administratively **CLOSE** the case; however, the Court will retain jurisdiction for any further proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>9th</u> day of August, 2011.

                                          VIRGINIA M. HERNANDEZ COVINGTON
                                          UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record